UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-23-SPC-NPM

KARL PATRICK KLUGE

## ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), is the United States of America's Motion for a Preliminary Order of Forfeiture filed November 1, 2022. (Doc. 56). The government seeks a preliminary order forfeiting the following assets:

1. **SanDisk USB 256 GB thumb drive with serial number 0901831d4be2f694b306;**

2. **HP laptop computer, serial number CND5244DZ4, with Toshiba hard drive, serial number MQ01ABD075;**

3. **Samsung cellphone, model Galaxy SM-A526U with IMEI 31260047432420;**

4. **Samsung cellphone, model Galaxy SM-A516U with IMEI 310260057386021; and**

5. **LG Cellphone, model LGMP260 with IMEI 354446099540608.**

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Following a October 31, 2022 bench trial, the defendant was found guilty of possession of visual depictions of sexually explicit conduct involving minors, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), as charged in Count One of the Indictment.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the Motion for Preliminary Order of Forfeiture is **GRANTED**. Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on November 21, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record