UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-23-SPC-NPM

KARL PATRICK KLUGE

## ORDER[1]

Before the Court is the United States' Motion for Final Order of Forfeiture (Doc. 64), filed pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure. In their motion, the government seeks the issuance of a final order of forfeiture for the following assets, which were subject to a November 22, 2022, preliminary order of forfeiture (Doc. 59):

1. **SanDisk USB 256 GB thumb drive with serial number 0901831d4be2f694b306;**
2. **HP laptop computer, serial number CND5244DZ4, with Toshiba hard drive, serial number MQ01ABD075;**
3. **Samsung cellphone, model Galaxy SM-A526U with IMEI 310260047432420;**
4. **Samsung cellphone, model Galaxy SM-A516U with IMEI 310260057386021; and**
5. **LG Cellphone, model LGMP260 with IMEI 354446099540608.**

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

the official government website, www.forfeiture.gov, beginning on November 23, 2022, and continuing through December 22, 2022. (Doc. 60). The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' Motion for Final Order of Forfeiture (Doc. 64) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on March 1, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record