UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.:   2:22-cr-23-SPC-NPM

KARL PATRICK KLUGE
_____

### ORDER

Before the Court is Kendra M. Oyen's Motion to Change Restitution Victim. (Doc. 108). Oyen attaches a letter from Attorney Carol L. Hepburn asking the Court to change the payee and address for the "Jan_Socks1" CSM series victim's restitution payments. (*Id.* at 2–3). She is now represented by a different attorney, and payments should go to her new counsel. Hepburn explains that the payee should be changed to "Pay to the order of Kendra M. Oyen LLC COLTAF Account," and payment should be sent to Kendra M. Oyen LLC. Upon review, the Court grants the motion.

Accordingly, it is

**ORDERED**:

1. Kendra M. Oyen's Motion to Change Restitution Victim (Doc. 108) is **GRANTED**.

2. The Court **DIRECTS** the Clerk to change the payee to "Pay to the order of Kendra M. Oyen LLC COLTAF Account" and send payment to Kendra M. Oyen LLC.

**DONE** and **ORDERED** in Fort Myers, Florida on August 28, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record